# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FARELLE R. EMERY,

        **Plaintiff,**

-vs-                                **Case No. 6:04-cv-1569-Orl-28JGG**

FULL SAIL RECORDERS, INC.,
EDWARD E. HADDOCK, JR.,

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration after oral argument on the following:

| |
|---|
| **MOTION:**    **ORDER TO SHOW CAUSE (Docket No. 24)** |
| **FILED:**       **April 14, 2005** |
| **THEREON** it is **RECOMMENDED** that the case be **DISMISSED WITH PREJUDICE.** |

    The Plaintiff, Farelle R. Emery ["Emery"], filed the instant action on October 25, 2004.

Docket No. 1. On March 30, 2005, the Defendants filed a motion to compel based on Emery's failure

to respond to written discovery requests, which had been served on January 14, 2005. Docket No. 21.

Emery's counsel moved to withdraw on April 4, 2005, citing an inability to contact him. Docket No.

22. Three days later, after Emery failed to appear for his deposition, the Defendants filed a second

motion to compel and a motion for an order to show cause. Docket No. 23. This Court granted the

motion in part, ordering Emery to appear on April 25, 2005 and show cause why this case should not

be dismissed for his failure to prosecute it.  Docket No. 24.  Emery failed to appear and, according to his counsel, has not responded to numerous attempts to contact him over several months.   In consideration of the foregoing, it is

      **RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE** for failure to prosecute it.  All pending motions should be denied as moot. and the Clerk should close the case.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando. Florida on April 26. 2005.

                                James G. Glazebrook
                            United States District Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy