UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FARELLE R. EMERY,

          Plaintiff,

-vs-                                  Case No. 6:04-cv-1569-Orl-28DAB

FULL SAIL RECORDERS, INC.,
EDWARD E. HADDOCK, JR.,

          Defendants.
_____

## ORDER

This case is before the Court on the Order to Show Cause (Doc. No. 24) filed April 14, 2005. The United States Magistrate Judge has submitted a report recommending that this case be dismissed with prejudice for failure to prosecute.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed April 27, 2005 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is hereby **DISMISSED with prejudice** for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13__ day of May, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party